UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Sonia Osorio,

              Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

**ORDER**
CV-05-1188(FB)

Plaintiff filed a complaint on 3/3/05, and the administrative record having been filed on 6/28/05.

Plaintiff and defendant shall file their fully briefed motions no later than 9/30/05.

Counsel are to follow Judge Block's motion practice when filing their motions for judgment on the pleadings. Counsel shall notify the Court by letter as to their agreed upon briefing schedule. Any extensions do not need Court approval, however the Court should be notified by letter. The Court shall decide the motion on submission unless notified otherwise.

SO ORDERED



UNITED STATES DISTRICT COURT

DATED: Brooklyn, N.Y.
        July 6, 2005

cc.: George Poulos, Esq.
     Jannette Rodriguez, Paralegal